UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8360-GW(KSx) | Date | April 9, 2018 |
|---|---|---|---|
| Title | *Lesia Anson v. Harvey Weinstein, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas A. Fretty | Louis P. Petrich<br>John Pfeiffer<br>Brian G. Wolf |

**PROCEEDINGS:   TELEPHONIC CONFERENCE**

Court and counsel confer. For reasons stated on the record, the status conference is continued to May 14, 2018 at 8:30 a.m., with a joint report to be filed by noon on May 10, 2018. Counsel may appear telephonically provided advanced notice is given to the clerk.

The Court stays the action until May 14, 2018.

|  | : | 06 |
|---|---|---|
|  | Initials of Preparer | JG |