UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:17-cv-08360-GW-KSx                                              Date: February 28, 2019

Title   *Lesia Anson v. Harvey Weinstein, et al.,*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Chris Silva  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
N/A                                                          N/A

**Proceedings:  (IN CHAMBERS) ORDER SETTING DISCOVERY STATUS CONFERENCE**

   On the Court's own motion, a Discovery Status Conference is set for **Monday, March 4, 2019, at 11:30 a.m**. in Courtroom 580 in the Edward R. Roybal Federal Building and United States Courthouse located at 255 East Temple Street, Los Angeles, CA 90012.  Personal appearances are required, no telephonic appearances will be permitted.

   **IT IS SO ORDERED.**

0 : 00
**Initials of Preparer**     CSI