**BALLARD SPAHR LLP**
Louis P. Petrich (State Bar No. 38161)
  *petrichl@ballardspahr.com*
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Tel.: 424.204.4400; Fax: 424.204.4350

Attorneys for Defendants BOB WEINSTEIN, LIONS GATE ENTERTAINMENT CORP., BLUMHOUSE PRODUCTIONS, LLC, THE WEINSTEIN COMPANY, LLC, and ENTERTAINMENT ONE LTD.

**DLA PIPER LLP**
Andrew L. Deutsch (State Bar No. 319286)
  *andrew.deutsch@dlapiper.com*
2000 Avenue of the Stars, Suite 400, North Tower
Los Angeles, CA  90067-4704
Tel.: 310.595.3000; Fax: 310.595.3300

Attorneys for Defendant SPYGLASS MEDIA GROUP, LLC

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jonathan S. Pink (State Bar No. 179685)
  *Jonathan.Pink@lewisbrisbois.com*
633 W 5th St., Ste. 4000, Los Angeles, CA 90071
Tel.: 213.580.6312; Fax: 213.250.7900

Attorneys for Defendant HARVEY WEINSTEIN

**TOBEROFF & ASSOCIATES, P.C.**
Marc Toberoff (State Bar No. 188547)
  *mtoberoff@toberoffandassociates.com*
23823 Malibu Rd., Ste. 50-36, Malibu, CA 90265
Tel.: 310.246.3333; Fax: 310.246.3101

Attorneys for Plaintiff LESIA ANSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| LESIA ANSON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HARVEY WEINSTEIN, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-08360-GW (KSx)<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT** |

DMWEST #40743627 v1

Plaintiff Lesia Anson ("Plaintiff") and defendants The Weinstein Company, LLC ("TWC"), Lions Gate Entertainment Corp. ("Lionsgate"), Blumhouse Productions, LLC ("Blumhouse"), Bob Weinstein, Entertainment One Ltd. ("eOne"), Spyglass Media Group, LLC ("Spyglass"), Harvey Weinstein (collectively, "Defendants")[1] hereby submit this report on the status of settlement discussions, and request that the Court set a further Order to Show Cause for 120 days from December 3, 2020 in order to allow the parties sufficient time to finalize a settlement.

1. In March 2020, the parties reached a settlement in principle of Plaintiff's claims, and have been negotiating the terms of a proposed Settlement Agreement.

2. The proposed Settlement Agreement dismisses the pending U.S. copyright infringement claims regarding the renewal copyright in the 1977 Jay Anson book *The Amityville Horror* (the "Book"), stemming from the release of the 2017 motion picture *Amityville: The Awakening* (the "Movie"). The proposed Settlement Agreement also releases Defendants from any claims of copyright infringement with respect to specified future exploitation of the Movie.

3. The parties require additional time to determine whether the consent of any third parties is necessary to the terms of the proposed Settlement Agreement, and to obtain the approval of the settlement by the Bankruptcy Court in the bankruptcy action to which TWC is a party.

4. Based on the foregoing, the parties respectfully request that the Court set a further Order to Show Cause for 120 days from December 3, 2020.

---

[1] Defendant Miramax, LLC has been dismissed with prejudice pursuant to a settlement and stipulation (Dkt. #248).

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: November 30, 2020 | Louis P. Petrich |
| 3 | | Elizabeth L. Schilken<br>BALLARD SPAHR LLP |
| 4 | | |
| 5 | | By:    /s/ Louis P. Petrich<br>LOUIS P. PETRICH |
| 6 | | Attorneys for Defendants<br>BOB WEINSTEIN, LIONS GATE |
| 7 | | ENTERTAINMENT CORP.,<br>BLUMHOUSE PRODUCTIONS, LLC, |
| 8 | | THE WEINSTEIN COMPANY, LLC, and<br>ENTERTAINMENT ONE LTD. |
| 9 | | |
| 10 | DATED: November 30, 2020 | Andrew L. Deutsch<br>DLA PIPER LLP |
| 11 | | |
| 12 | | By:    /s/ Andrew L. Deutsch<br>ANDREW L. DEUTSCH |
| 13 | | Attorneys for Defendant<br>SPYGLASS MEDIA GROUP, LLC, |
| 14 | | formerly known as LANTERN<br>ENTERTAINMENT, LLC |
| 15 | | |
| 16 | DATED: November 30, 2020 | Jonathan S. Pink<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 17 | | |
| 18 | | By:    /s/ Jonathan S. Pink |
| 19 | | JONATHAN S. PINK |
| 20 | | Attorneys for Defendant<br>HARVEY WEINSTEIN |
| 21 | | |
| 22 | DATED: November 30, 2020 | Marc Toberoff<br>TOBEROFF & ASSOCIATES, P.C. |
| 23 | | |
| 24 | | By:    /s/ Marc Toberoff<br>MARC TOBEROFF |
| 25 | | Attorneys for Plaintiff<br>LESIA ANSON |
| 26 | | |
| 27 | | |
| 28 | | |

*Ballard Spahr LLP*
*2029 Century Park East, Suite 1400*
*Los Angeles, CA 90067-2915*
*Telephone: 424.204.4400*

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

Dated:  November 30, 2020                    /s/ Elizabeth L. Schilken
                                                            Elizabeth L. Schilken